■ ZAYRE CORPORATION, Respondent, v NANUET NATIONAL BANK, Appellant.—Order of the Supreme Court, Rockland County, dated February 20, 1985, affirmed, with costs, for reasons stated by Justice Marbach at Special Term. Lazer, J. P., Thompson, O'Connor, Rubin and Kunzeman, JJ., concur.